UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:08-cr- 137 |
| | ) | Judge Collier/Carter |
| CHRISTOPHER JACOB COCHRAN | ) | |

## INDICTMENT

### COUNTS ONE THROUGH THREE
### ATTEMPTED ENTICEMENT
### (18 U.S.C. §2422(b))

The Grand Jury charges that on or about July 27, 2008, in the Eastern District of Tennessee and elsewhere, the defendant, CHRISTOPHER JACOB COCHRAN, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years, to engage in sexual activity for which he could be charged with a criminal offense, and did use a facility and means of interstate commerce:

| COUNT | TIME | MEANS OF INTERSTATE COMMERCE |
|---|---|---|
| ONE | 4:06:42 | Computer email |
| TWO | 4:23:18 | Computer email |
| THREE | 6:10:33 | Computer email |

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR
## TRAVEL FOR ILLICIT SEX
## (18 U.S.C. §2423(b))

The Grand Jury charges that on or about July 27, 2008, in the Eastern District of Tennessee and elsewhere, the defendant, CHRISTOPHER JACOB COCHRAN, did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person.

All in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL:

s/ Foreperson
FOREPERSON

JAMES R. DEDRICK
UNITED STATES ATTORNEY

By: s/ Gary S. Humble
    Gary S. Humble
    Assistant United States Attorney