UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-137 |
| | ) | |
| CHRISTOPHER COCHRAN | ) | COLLIER/CARTER |

**O R D E R**

On March 10, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant Christopher Cochran's ("Defendant") plea of guilty to Count Four of the Indictment, (b) the Court adjudicate Defendant guilty of the charges set forth in Count Four of the Indictment; and (c) Defendant shall remain on bond, under the bond conditions imposed on January 23, 2009, pending sentencing in this matter (Court File No. 14). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 14) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

    (1) Defendant's plea of guilty to Count Four of the Indictment is **ACCEPTED**;

    (2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Four of the Indictment; and

    (3) Defendant **SHALL REMAIN** on bond pending sentencing on **Thursday, June 4, 2009, at 2:00 pm.**

    **SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**